NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**JOSE L. SERRANO RAMOS,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

_____

2011-7169

_____

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-0367, Judge Mary J. Schoelen.

_____

Before REYNA, BRYSON,* and LINN, *Circuit Judges.*

PER CURIAM.

### O R D E R

Jose L. Serrano Ramos moves for reconsideration of this court's January 3, 2013 order affirming the judgment of the United States Court of Appeals for Veterans Claims.

_____

* Judge Bryson assumed senior status on January 7, 2013.

Mr. Ramos appears concerned with "hav[ing] to pay the cost of [his] defense and Eric K. Shinseki, the Secretary of Veterans Affairs too," as a result of this court's decision.

The docketing fee in this case was waived due to financial hardship, and the statement in this court's decision that "[e]ach side shall bear its own costs" means that neither the government nor Mr. Ramos is entitled to costs. Accordingly, Mr. Ramos is not required to pay any fees or costs to the court or the government as a result of this court's January 3, 2013 order.

Accordingly,

IT IS ORDERED THAT:

The motion for reconsideration is denied.


FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk


s25